| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>MAHAN, James C | 2. Court or Organization<br>U.S. District Court, Nevada | 3. Date of Report<br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED May 14 12 33 PM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 5/12/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Pharmaceutical Resources | | | | | Buy | 4/28 | K | | |
| 20. - Viacom Inc. | | | | | Buy | 4/28 | K | | |
| 21. - Comcast Corp. | | | | | Sold | 4/28 | K | B | |
| 22. - Tesoro Petroleum Corp. | | | | | Sold | 5/5 | K | B | |
| 23. - Fairmont Hotels & Resort Inc. | | | | | Sold | 4/22 | K | A | |
| 24. - Ford Motor Co. Del | | | | | Sold | 4/22 | K | C | |
| 25. - Forest Labs Inc. | | | | | Buy | 4/24 | L | | |
| 26. - Microsoft Corp. | | | | | Sold | 5/7 | K | A | |
| 27. - Dean Foods | | | | | Buy | 5/9 | K | | |
| 28. - Toro Company | | | | | Buy | 6/3 | K | | |
| 29. - Viacom Inc. | | | | | Sold | 5/30 | K | A | |
| 30. - Dean Foods | | | | | Sold | 6/10 | K | A | |
| 31. - Forest Labs Inc. | | | | | Sold | 6/10 | L | A | |
| 32. - Chicago Bridge and Iron | | | | | Buy | 5/17 | K | | |
| 33. - Pharmaceutical Resources Inc. | | | | | Sold | 6/18 | K | A | |
| 34. - Ing Groep NV | | | | | Buy | 6/23 | K | | |
| 35. - Electronic Data System Corp. | | | | | Buy | 6/23 | K | | |
| 36. - Chicago Bridge and Iron | | | | | Sold | 6/23 | K | B | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Forest Labs Inc. | | | | | Buy | 6/24 | K | | |
| 38. - Shire Pharmaceuticals Group | | | | | Buy | 6/24 | K | | |
| 39. - Canon Inc. | | | | | Buy | 6/27 | K | | |
| 40. - Forest Labs Inc. | | | | | Buy | 6/27 | K | | |
| 41. - Bayer AG Sponsor4ed ADR | | | | | Buy | 7/10 | K | | |
| 42. - Toro Company | | | | | Sold | 7/8 | K | A | |
| 43. - Suez - ADR | | | | | Buy | 7/10 | K | | |
| 44. - Shire Pharmaceuticals Group | | | | | Sold | 7/30 | K | A | |
| 45. - Ing Groep NV | | | | | Sold | 7/30 | K | A | |
| 46. - General Maritime Corp. | | | | | Buy | 8/6 | K | | |
| 47. - Canon Inc. | | | | | Buy | 8/6 | K | | |
| 48. - Canon Inc. | | | | | Sold | 9/8 | K | B | |
| 49. - General Maritime Corp. | | | | | Sold | 9/9 | K | B | |
| 50. - Petroleo Brasileiro | | | | | Buy | 9/10 | K | | |
| 51. - Natl Semiconductor Corp. | | | | | Buy | 9/10 | K | | |
| 52. - Natl Semiconductor Corp. | | | | | Sold | 9/23 | K | B | |
| 53. - Ing Groep NV | | | | | Buy | 10/2 | K | | |
| 54. - Ing Groep NV | | | | | Sold | 10/8 | K | B | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - Willbros Group Inc. | | | | | Buy | 10/10 | K | | |
| 56. - Petroleo Brasileiro | | | | | Sold | 10/16 | K | A | |
| 57. - Intel Corp. | | | | | Buy | 10/20 | K | | |
| 58. - Aluminum Corp of China | | | | | Buy | 10/21 | K | | |
| 59. - Intel Corp. | | | | | Sold | 11/6 | K | B | |
| 60. - Chindex International Inc. | | | | | Buy | 10/29 | K | | |
| 61. - Sovereign Bancorp Inc. | | | | | Buy | 11/6 | K | | |
| 62. - Bayer AG Sponsored AGR | | | | | Sold | 11/13 | L | C | |
| 63. - America Movil Ser L. Spons ADR | | | | | Buy | 11/13 | K | | |
| 64. - Suez-ADR | | | | | Sold | 12/3 | K | A | |
| 65. - Chindex International Inc. | | | | | Sold | 12/3 | K | B | |
| 66. - Wilbros Group Inc. | | | | | Sold | 10/20 | K | B | |
| 67. - Metal Management Inc. | | | | | Buy | 12/5 | K | | |
| 68. - Gerdau | | | | | Buy | 12/5 | K | | |
| 69. - American Movil Ser I Spons ADR | | | | | Sold | 12/8 | L | B | |
| 70. - Cleveland Cliffs Inc. | | | | | Sold | 12/23 | K | C | |
| 71. - Cleveland Cliffe Inc. | | | | | Buy | 12/10 | K | | |
| 72. - Petroleo Brasileiro | | | | | Sold | 12/23 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 5/12/2004 |

## II. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3. - Petroleo Brasileiro | | | | | Buy | 12/10 | K | | |
| 4. - Infineon Technologies | | | | | Buy | 12/23 | K | | |
| 5. - Marathon Oil Corp. | | | | | Buy | 12/23 | K | A | |
| 6. - Metal Management Inc. | | | | | Sold | 12/15 | K | B | |
| 7. - Cleveland Cliffs | | | | | Buy | 12/15 | K | C | |
| 8. - Petroleo Brasileiro | | | | | Buy | 12/15 | K | | |
| 9. - Sinopec Beijing Yanhua Petrochemical | | | | | Buy | 12/15 | K | | |
| 0. - Gerdau | | | | | Sold | 12/16 | K | B | |
| 1. - Sinopec Beijing Yanhua Petrochemical | | | | | Sold | 12/16 | K | B | |
| 2. - Aracruz Celulose SA ADR | | | | | Buy | 12/26 | K | | |
| 3. - Aracruz Celulose SA ADR | | | | | Sold | 12/30 | K | A | |
| 4. - International Steel Group | | | | | Buy | 12/30 | K | | |
| 5. - Cronos IEA Fund XII | | | J | T | | | | | |
| 6. - Inland Capital | | | J | T | | | | | |
| 7. - Inland Monthly Income Fund II | | | J | T | | | | | |
| 8. - Mandalay Resorts Common Stock | | None | K | T | | | | | |
| 9. ▮▮▮▮▮ James C. Mahan JTWORS | | Dividend | K | T | | | | | |
| 0. - Sears Roebuck & Co. | | | | | Sold | 2/18 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. - Fresh Del Monte Produce Inc. | | | | | Buy | 2/20 | J | | |
| 2. - Fresh Del Monte Produce Inc. | | | | | Sold | 7/10 | K | B | |
| 3. - Helen of Troy Limited | | | | | Buy | 7/15 | K | | |
| 4. - Helen of Troy Limited | | | | | Sold | 8/1 | K | A | |
| 5. - Pacific Sunware Calif Inc | | | | | Buy | 8/15 | K | | |
| 6. - Pacific Sunware Calif Inc | | | | | Sold | 9/2 | K | A | |
| 7. - Mitsubishi Tokyo Finl Group Inc | | | | | Buy | 9/4 | K | | |
| 8. - Mitsubishi Tokyo Finl Group | | | | | Sold | 9/19 | J | A | |
| 9. - Ethyl Corp. | | | | | Buy | 9/30 | K | | |
| 00. - Allianz Ag-Dr | | | | | Buy | 10/30 | K | | |
| 01. - Allianz Ag-Dr | | | | | Sold | 12/8 | K | A | |
| 02. - Chesapeake Energy Corp. | | | | | Buy | 12/9 | K | | |
| 03. - Chesapeake Energy Corp. | | | | | Sold | 12/19 | K | A | |
| 04. - Sinopec Beijing Yanhua Petrochemical | | | | | Buy | 12/31 | K | | |
| 05. ▆▆▆▆ James C. Mahan JTWORS** | | Dividend | K | T | | | | | |
| 06. - Fleming Companies | | | | | Buy | 5/6 | J | | |
| 07. - Fresh Del Monte Produce, Inc. | | | | | Buy | 7/3 | K | | |
| 08. - Fresh Del Monte Produce, Inc. | | | | | Sold | 8/26 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | - Fresh Del Monte Produce, Inc. | | | | | Buy | 9/26 | K | | |
| 110. | - Fresh Del Monte Produce, Inc. | | | | | Buy | 9/30 | J | | |
| 111. | - Fresh Del Monte Produce, Inc. | | | | | Sold | 10/4 | K | B | |
| 112. | - Fresh Del Monte Produce, Inc. | | | | | Buy | 10/7 | K | | |
| 113. | - Fresh Del Monte Produce, Inc. | | | | | Sold | 11/1 | K | A | |
| 114. | - Sears Roebuck & Co. | | | | | Buy | 11/6 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 5/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

*** Inadvertently omitted from 2002 Financial Disclosure Report

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

. I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████  Date _May 13, 2004_

NOTE: A███████████████████████████ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544